

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,593-01

### EX PARTE RICHARD BENAVIDES

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE 9.10

**Per curiam.**

## <u>ORDER</u>

This cause is before this Court on application for writ of habeas corpus from trial court case number CR38296"A" in the 142nd District Court of Midland County.

Pursuant to Texas Rules of Appellate Procedure 9.10(c), the Clerk has identified sensitive data or sealed material in the record and the parties have been notified. Therefore, pursuant to Rule 9.10(f) the following records are ordered sealed or redacted. The trial court clerk, court of appeals or any entity possessing these documents shall seal or redact the documents pursuant to this order.

<u>List documents or exhibits.</u>

The following records contain the name of the complainant who was a minor. TEX. CODE CRIM. PROC. art 57.02(h)

Seal record or redact name - Clerk's Record Pages 53, 54, 162, 164, 178, 179, 180, 181, 183, 201, 202, 214, 215, 216, 217 and 219.

Delivered: September 8, 2014

Do not publish